```
              UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA
```

**STEPHEN FREDERICK BAKER, JR.,**   :
:
    Petitioner   :   NO. 1:16-CV-02478
:
  vs.   :
:
**JAY LANE, et al.,**   :   (Judge Kane)
:
    Respondents   :

<u>ORDER</u>

In accordance with the accompanying memorandum, on this 30th day of January 2017, **IT IS HEREBY ORDERED THAT:**

1. Baker's petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. The Clerk of Court shall **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania